[No. 4946.   Decided June 30, 1904.]

CATHERINE BALL *et al.*, *Respondents*, v. JACKSON O'KEEFE *et al.*, *Appellants.*[1]

Appeal from a judgment of the superior court for Asotin county, C. F. Miller, J., entered June 18, 1903.   Affirmed.

*Sturdevant & Bailey*, for appellants.

*M. M. Godman* and *E. O'Neill*, for respondents.

PER CURIAM.—The statement of facts filed in this cause was stricken at the hearing because the same was not settled and certified in the manner prescribed by the statute, but the cause was retained for further examination on the suggestion that there was possibly a question made by the record not dependent on the statement of facts.   We are convinced, however, after such examination, that no question is presented by the record which can be reviewed without a consideration of facts shown at the trial, and that there is nothing before the court for review.   The judgment will therefore stand affirmed.

---

[No. 5178.   Decided July 5, 1904.]

FLORENCE WOODS, *Respondent*, v. WASHINGTON MATCH COMPANY, *Appellant*.

Appeal from a judgment of the superior court for Pierce county, Snell, J., entered October 19, 1904.   Affirmed.

*H. E. Foster*, for appellant.

*James J. Anderson*, for respondent.

PER CURIAM.—By a written stipulation of counsel for the respective parties in this cause, it is agreed that the disposition of the appeal herein shall be controlled by the decision in *Mulholland v. Washington Match Company* [*ante*, p. 315, 77 Pac. 497].   The decision in said cause was filed July 5, 1904, and, on the authority thereof, the judgment in this cause is affirmed.

[1]Reported in 77 Pac. 382.